AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

LIONEL DRAKE,

Plaintiff,

V.

COX ENTERPRISES, INC. et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 12-2115-EFM

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed February 13, 2013 (Doc. 25)  Defendants' Motion to Dismiss (Doc. 6) is hereby DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. 12) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of a Muslim Federal Judge (Doc. 16) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Oral Arguments (Doc. 18) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend Complaint (Doc. 23) is DENIED.

This case is DISMISSED.

IT IS SO ORDERED.

2/13/2013

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*